RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12/21/06 /0600

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MERLIN C. GUILBEAU | CIVIL ACTION NO. 06-0185 |
| VERSUS | JUDGE DOHERTY |
| ST. LANDRY PARISH POLICE JURY AND ST. LANDRY PARISH | MAGISTRATE JUDGE HILL |

## NOTICE TO ALL PARTIES AND THE ATTORNEY GENERAL OF LOUISIANA

In accordance with 28 U.S.C. §2403(b), the court hereby certifies to the Attorney General of the State of Louisiana that civil action number 06-185 challenges the constitutionality of La. R.S. 13:5109(B)(2). Thus, the Court will be required to determine whether this state statute violates the Commerce Clause of the United States Constitution and federal statutes, including 23 U.S.C. §403; 49 U.S.C. §§101, 103 and 104. The Court believes the constitutionality of this state statue affects the public interest and is drawn into question by the allegations set forth in this lawsuit.

Therefore:

Out of an abundance of caution and in accordance with 28 U.S.C. §2403(b), the Attorney General of the State of Louisiana is hereby advised that the constitutionality of La. R.S. 13:5109(B)(2) is being challenged in this lawsuit. The Court shall permit the Attorney General of the State of Louisiana to intervene in this lawsuit should he so desire.

IT IS ORDERED that the Clerk of Court shall send a copy of this order to Charles C. Foti, Jr., Attorney General of the State of Louisiana.

IT IS FURTHER ORDERED that the State of Louisiana shall advise the Court on or before January 19, 2007, whether it intends to file a motion to intervene in this case.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 21 day of December, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

12-28-06
FY: CD
TO: Charles C. Foti Jr.
Attorney General
PO Box 94005
Baton Rouge, LA 70804-9005

Deputy Attorney General
Rob E. Hanoun III
P.O. Box 94005
Baton Rouge, LA 70804-9005
via fax: 225-326-6492